NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-7143

### KENNETH W. DUNCAN,

Claimant-Appellant,

v.

### ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in 05-3700, Judge William A. Moorman.

ON MOTION

Before NEWMAN, Circuit Judge.

ORDER

Upon consideration of Kenneth W. Duncan's unopposed motion for a 30-day extension of time, until June 13, 2009, to file his reply brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY 2 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Christopher Aldo Porco, Esq.
Sean M. Dunn, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 9 2009

JAN HORBALY
CLERK